# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>)<br>v. )<br>)<br>DENNIS FRIEL, )<br>)<br>Defendant ) | Criminal No. 06-25-P-H |

## ORDER ON DEFENDANT'S REQUEST FOR EARLY TERMINATION OF SUPERVISED RELEASE

Dennis Friel is serving a two-year term of supervised release following a 48-month term of imprisonment for conviction of possession of a firearm by a felon and possession with intent to distribute marijuana. He began his term of supervised release on October 2, 2009, and asks for early termination after one year, namely as of October 2, 2010. Request for Early Termination of Supervised Release (Docket Item 284). The request is **Denied**.

Apparently Friel has had clean urinalyses during his term of supervised release. He wants to take "medical marijuana" and is frustrated that this federal court's supervision conditions prevent him from participating in Maine's medical marijuana program. I have ruled previously that because of Friel's controlled substance history, he may not participate in a medical marijuana program, and that I did not need to resolve the supremacy of federal controlled

substance law over Maine's medical marijuana law to reach that conclusion. Order of March 29, 2010 (Docket Item 272).

I see no reason to terminate Friel's supervised release when it is only 50 percent complete. Friel has a long history of criminal convictions in this court, and supervision therefore is appropriate, regardless of the medical marijuana issue. Typically, the Probation Office considers early termination for a supervisee who has no compliance issues only after that supervisee has completed at least 70 percent of supervision. There is no reason to deviate here.

**SO ORDERED.**

**DATED THIS 27TH DAY OF SEPTEMBER, 2010**

/s/D. Brock Hornby
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**